UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TIMOTHY LEONARDELLI,

    Plaintiff,

v.                                            Case No:  2:20-cv-257-JLB-MRM

NORTHSTAR LOCATION SERVICES, LLC,

    Defendant.

## ORDER

    The parties have filed a Joint Stipulation for Dismissal with Prejudice.  (Doc. 52.)  The stipulation is self-executing.  Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, 677 F.3d 1272, 1278 (11th Cir. 2012).  Accordingly, the Clerk of Court is **DIRECTED** to close the file.

    **ORDERED** at Fort Myers, Florida, on July 30, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE